IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

In Re: Stephen A. Griffin, Debtor  Case No: 2:02BK70245M
Chapter 7

BARBARA GRIFFIN                                              APPELLANT

v.                          CASE NO. 06-CV-2055

RICHARD COX                                                   APPELLEE

## JUDGMENT

For the reasons set forth in an order filed herewith, the decision of the Bankruptcy Court for the Western District of Arkansas is AFFIRMED and the appeal is DISMISSED.

**The parties have thirty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 12th day of July 2006.

/s/Robert T. Dawson
Robert T. Dawson
United States District Judge